UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――― X
:
:
:
IN RE: DR. ENGLEBERG AND MR. PERR.   :   Docket No. 11-MC-148 (JG)
:
:   **NOTICE OF APPEARANCE**
:
:
:
―――――――――――――――――――――――― X

  **PLEASE TAKE NOTICE** that Nicholas Fortuna of the law firm Allyn & Fortuna LLP, 200 Madison Avenue, 5th Floor, New York, New York, 10016, hereby appears in the above-captioned action as attorney for defendant Joshua M. Ambush.

Dated: March 11, 2011
   New York, New York

                ALLYN & FORTUNA LLP

                By: _____
                  Nicholas Fortuna (NF-9191)
                *Attorneys for Defendant Joshua M. Ambush*
                200 Madison Avenue, 5th Floor
                New York, New York  10016
                Telephone: (212) 213-8844
                Facsimile: (212) 213-3318
                E-mail: nfortuna@allynfortuna.com