FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 30 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ X
:   Docket No. 11-MC-148 (JG)
:
IN RE: DR. ENGELBERG AND MR. PERR   :   ~~PROPOSED FORM~~ JG
:   ~~OF~~ **ORDER**
------------------------------------------------ X

      Upon the application to this Court by Petitioner Joshua M. Ambush, the Petitioner and Dr. Michael Engelberg and Eliezer Perr, the Respondents, have agreed that Dr. Engelberg and Rabbi Perr shall appear, by consent, and respond to the Subpoenas served on them that are the subject of this proceeding on a date and at a time and place that is mutually acceptable to the parties and other counsel in the underlying action in the United States District Court for the District of Puerto Rico on or before the close of discovery in that case.

SO ORDERED:

s/John Gleeson      3-28-11
Hon. John Gleeson
United States District Judge