UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

*In re* Dr. Engelberg and Mr. Perr            ORDER
                                                                         11-MC-148 (JG)
---------------------------------------------------------------X

JOHN GLEESON, United States District Judge:

         This action arises from a motion to compel Rabbi Eliezer Perr and another individual to sit for depositions in an ongoing litigation in the District of Puerto Rico. According to the docket sheet, the motion to compel was served on Rabbi Perr's attorney, Charles Both, on March 11, 2011, who accepted service on behalf of Rabbi Perr. I ordered the parties to appear for oral argument on April 1, 2011, but on March 24, 2011, the petitioner submitted a joint consent order informing the Court that Rabbi Perr had consented to be deposed. I signed the joint consent order on March 28, 2011, and the case was accordingly closed.

         Having now been informed that Rabbi Perr did not appear for his scheduled deposition in this matter, *see* Docket Entry 7, he is hereby ordered to show cause in person on Tuesday, June 14, 2011, at 10:30 AM in Courtroom 6C South, why I should not adjudicate him in contempt of the March 28, 2011 order for his failure to appear. Any written submissions shall be filed on or before Friday, June 10, 2011.

         I note that counsel for Rabbi Perr still has not appeared in this action. Accordingly, unless Mr. Both files a notice of appearance and accepts service on his client's behalf, plaintiff's counsel must personally serve a copy of Docket Entry 7 and of this order on Rabbi Perr.

                               So ordered.

                               JOHN GLEESON, U.S.D.J.

Dated: Brooklyn, New York
        May 16, 2011