UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

*In re* Dr. Engelberg and Mr. Perr

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HACE VICE

Civ. Action   11-MC-148 JG

-----------------------------------------------------------X

TO:   Megan J. Muoio
　　　Allyn & Fortuna
　　　200 Madison Avenue, 5th Floor
　　　New York, New York 10016
　　　mmuoio@allyfortuna.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of the movant, a principal in the Law Offices of Charles R. Both, and a member in good standing of the Bar of the District of Columbia, as attorney pro hac vice to argue and try this case in whole or in part as counsel for Rabbi Eliezer Perr, a non-party deponent in *The Estate of Angel Berganzo, et al. v. Ambush*, C.A. 10-1044 (GAG), D.PR.).  There are no pending disciplinary proceedings against me in any State or Federal Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Charles R. Both, D.C. Bar No. 42424
　　　　　　　　　　　　　　　　　　　　Law Offices of Charles R. Both
　　　　　　　　　　　　　　　　　　　　1666 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　　　202 833-9060
　　　　　　　　　　　　　　　　　　　　202 463-6686 (Facsimile)
　　　　　　　　　　　　　　　　　　　　chas@crbothlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Dr. Engelberg and Mr. Perr

AFFIDAVIT OF CHARLES R. BOTH
IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HACE VICE

Civ. Action   11-MC-148 JG

-----------------------------------------------------------X

Washington            )
                      )  ss:
District of Columbia  )

CHARLES R. BOTH, being duly sworn, hereby deposes and says as follows:

1. I am the principal of Law Offices of Charles R. Both.

2. I submit this affidavit in support of my motion for admission to practice pro hace vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in goog standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Rabbi Eliezer Perr, a non-party deponent in *The Estate of Angel Berganzo, et al. v. Ambush*, C.A. 10-1044 (GAG), D.PR.).

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS
25th DAY OF MAY, 20 11

Atleton Calbert, Notary
My commission expires:
10-31-2011

Charles R. Both, D.C. Bar No. 42424
Law Offices of Charles R. Both
1666 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20009
202 833-9060
202 463-6686 (Facsimile)
chas@crbothlaw.com

Dated:   5/25/11



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHARLES R. BOTH

was on the 16TH day of DECEMBER, 1968 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 23, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
   Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

*In re* **Dr. Engelberg and Mr. Perr**

ADMISSION TO PRACTICE
PRO HACE VICE

Civ. Action    11-MC-148 JG

------------------------------------------------------------X

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Charles R. Both is permitted to argue or try this particular case in whole or in part as counsel or advocate for Rabbi Eliezer Perr, a non-party deponent in *The Estate of Angel Berganzo, et al. v. Ambush*, C.A. 10-1044 (GAG), D.PR.).

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on roll of attorneys.

Dated: _____    _____

United States District Judge